Attorneys for Plaintiffs, <u>Judy G. Engel as Personal Representative of the Estate of Stephen R. Engel</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:05-cv-04742-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Judy G. Engel as Personal Representative of the Estate of Stephen R. Engel<br><br>vs.   Plaintiff,<br><br>Pfizer, Inc., et al.<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, (ALL CAPS), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: <u>June 9</u>, 2009     By: _____ Lane C. Siesky

Attorneys for Plaintiff, <u>Judy G. Engel as Personal Representative of the Estate of Stephen R. Engel</u>

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: July 20, 2009     By: _____

   DLA PIPER LLP (US)
   1251 Avenue of the Americas
   New York, NY 10020
   Telephone: (212) 335-4500
   Facsimile: (212) 335-4501
   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JUL 2 3 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE